IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A.,<br><br>    Plaintiffs,<br><br>v.<br><br>INMAGINE CORPORATION LLC D/B/A INMAGINE.COM D/B/A PHOTOSUBSCRIBE.COM D/B/A IMAGEHIT.COM D/B/A INSPIRESTOCK INC D/B/A INSPIRESTOCK.COM AND 123RF LTD D/B/A 123RF USA LTD. D/B/A 123RF.COM D/B/A 123ROYALTYFREE.COM D/B/A 123RF.NET,<br><br>    Defendants. | NO. 6:12-CV-93 |

## 123RF LTD.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendant 123RF Ltd. ("123RF") hereby states:

1.    123RF has no parent company.

2.    No publicly-traded company owns more than 10% of 123RF's stock.

Dated:  March 27, 2012.                          Respectfully submitted,

                                                 WEISS & MOY, P.C.

                                                 By: \s\*Kenneth M. Motolenich-Salas*
                                                 Kenneth M. Motolenich-Salas
                                                 4204 N Brown Avenue
                                                 Scottsdale, AZ 85251
                                                 Telephone: (480) 994-8888
                                                 Facsimile: (480) 947-2663
                                                 Email: kmotolenich@weissiplaw.com
                                                 ATTORNEY FOR 123RF LTD.

**CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

March 27, 2012                   *\s\Kenneth M. Motolenich-Salas*
                                Kenneth M. Motolenich-Salas