IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A.,<br><br>    Plaintiffs,<br><br>v.<br><br>INMAGINE CORPORATION LLC D/B/A INMAGINE.COM D/B/A PHOTOSUBSCRIBE.COM D/B/A IMAGEHIT.COM D/B/A INSPIRESTOCK INC D/B/A INSPIRESTOCK.COM AND 123RF LTD D/B/A 123RF USA LTD. D/B/A 123RF.COM D/B/A 123ROYALTYFREE.COM D/B/A 123RF.NET,<br><br>    Defendants. | NO. 6:12-CV-93 |

## INMAGINE CORPORATION LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendant Inmagine Corporation LLC ("Inmagine") hereby states:

1. Inmagine has no parent company.

2. No publicly-traded company owns more than 10% of Inmagine's stock.

Dated:  March 27, 2012.

Respectfully submitted,

WEISS & MOY, P.C.

By: \s\*Kenneth M. Motolenich-Salas*
Kenneth M. Motolenich-Salas
4204 N Brown Avenue
Scottsdale, AZ 85251
Telephone: (480) 994-8888
Facsimile: (480) 947-2663
Email: kmotolenich@weissiplaw.com
ATTORNEY FOR INMAGINE CORP. LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

March 27, 2012                                                          \s\*Kenneth M. Motolenich-Salas*
                                                                                                                          Kenneth M. Motolenich-Salas