# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC., ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>INMAGINE CORPORATION, LLC, ET AL.<br><br>Defendants. | Civil Action No. 6:12-cv-00093-LED<br><br>(**CONSOLIDATED CASE**) |

## NOTICE OF LETTER BRIEF SEEKING PERMISSION TO FILE A MOTION FOR SUMMARY OF INDEFINITENESS

In compliance with the Court's February 13, 2013 Amended Docket Control Order (Dkt. No. 43) Defendants Inmagine Corp., LLC, ("Inmagine") and 123RF Ltd. ("123RF) (collectively referred to as "Defendants"), file this Letter Brief Seeking Permission to File a Motion for Summary Judgment of Indefiniteness. The basis for said motion is set forth in the Letter Brief attached hereto and filed herewith as Exhibit A.

DATED: July 19, 2013

Respectfully submitted,

/s/   Eric H. Findlay
Eric H. Findlay (SBN: 00789886)
**FINDLAY CRAFT LLP**
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: 903-534-1100
Fax: 903-534-1137
efindlay@findlaycraft.com

Kenneth B. Wilson, Lead Attorney
*(Pro Hac Vice)*
**COASTSIDE LEGAL**
455 First Avenue
Half Moon Bay, CA 94019
Telephone: 650-440-4211
Fax: 650-440-4851

ken@coastsidelegal.com

**ATTORNEYS FOR DEFENDANTS
INMAGINE CORPORATION LLC
AND 123RF LTD.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 19th day of July, 2013.

*/s/ Eric H. Findlay*
Eric H. Findlay